UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BACKGRID USA, INC.,

                    Plaintiff,

       v.

MICAELA ERLANGER, *et al.*,

                  Defendants.

Case No. 2:25-cv-04540-FLA (MARx)

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION**

On September 12, 2025, the Clerk of the court entered the default of Defendant Micaela Erlanger ("Defendant") at Plaintiff BackGrid USA, Inc.'s ("Plaintiff") request.  Dkts. 13–14.  Plaintiff, however, has not filed an application for default judgment or any other document since Defendant's default has been entered.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within fourteen (14) days of the date of this Order why the court should not dismiss the action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely may result in the dismissal of the action without further notice.  The filing of an application for default judgment shall constitute a sufficient response to the OSC.  *See* Fed. R. Civ. P. 55(b)(2).

IT IS SO ORDERED.

Dated: March 9, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2